1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7

8 Attorneys for Defendants

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 BENJAMIN DAVID MOWERY and                )
   SHINAN LIAO,                             ) No. C 09-0331 MEJ
13                                          )
                   Plaintiffs,              )
14                                          ) **STIPULATION TO EXTEND DATES;**
           v.                               ) **AND [PROPOSED] ORDER**
15                                          )
   JANET NAPOLITANO, Secretary of the       )
16 Department of Homeland Security;         )
   ROBIN BARRETT, USCIS,                    )
17 San Francisco Field Director,            )
                                            )
18                 Defendants.              )
                                            )
19

20     The Plaintiffs, by and through their attorney of record, and Defendants by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of

22 Defendants' answer. Plaintiff Liao is scheduled for her fingerprints between March 21 and March

23 25, 2009. Defendants will file their response on or about April 30, 2009.

24 ///

25 ///

26 ///

27

28

Stipulation to Extend
C09-0331 MEJ                                   1

1 | Date: March 23, 2009 | Respectfully submitted,
2 | | JOSEPH P. RUSSONIELLO
  | | United States Attorney
3 |
4 | | _____/s/_____
  | | ILA C. DEISS[1]
5 | | Assistant United States Attorney
  | | Attorneys for Defendants
6 |
7 |
8 | Date: March 23, 2009 | _____/s/_____
  | | JUSTIN X. WANG
  | | Attorney for Plaintiffs
9 |
10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 | Date: March 24, 2009
13 | | _____
  | | MARIA-ELENA JAMES
  | | United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C09-0331 MEJ                                2