JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN DAVID MOWERY and SHINAN LIAO, <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, Secretary of the Department of Homeland Security; ROBIN BARRETT, USCIS, San Francisco Field Director, <br><br> Defendants. | No. C 09-0331 MEJ <br><br> **STIPULATION TO DISMISS and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C09-0331 MEJ                                       1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees |
| 2 | Date: April 20, 2009          Respectfully submitted, |
| 3 | JOSEPH P. RUSSONIELLO<br>United States Attorney |

                               /s/
                               ILA C. DEISS[1]
                               Assistant United States Attorney
                               Attorneys for Defendants

Date: April 17, 2009
                               /s/
                               JUSTIN X. WANG
                               Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Clerk of Court shall close the file.

Date: April 27, 2009

                               MARIA-ELENA JAMES
                               United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-0331 MEJ                      2